IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH GAETA, D.D.S.,

Appellant,

v.

DEPARTMENT OF HEALTH,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D12-4835

_____/

Opinion filed January 20, 2015.

An appeal from an order of the Florida Board of Dentistry.
Sue Foster, Executive Director.

Max R. Price and Jay Warman, Miami, and Dennis Grossman, Miami, for Appellant.

Therese A. Savona, Chief Appellate Counsel, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.